In the Matter of the Application of the BOARD OF WATER
SUPPLY OF THE CITY OF NEW YORK to Acquire Real
Estate.

SADIE BULEY et al., Appellants; THE CITY OF NEW YORK,
Respondent.

*Matter of Board of Water Supply, N. Y. City*, 158 App. Div. 116,
affirmed.

(Argued October 21, 1913; decided October 31, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 18, 1913, which affirmed an order of Special Term
denying a motion for an allowance for counsel fees.

*Harrison T. Slosson* for appellants.

*Archibald R. Watson, Corporation Counsel (Amasa
J. Parker, Jr.*, and *William McM. Speer* of counsel), for
respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN,
CUDDEBACK, HOGAN and MILLER, JJ.